UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:18-CR-017 |
| | ) | |
| STACY JO FERGUSON | ) | |

## **O R D E R**

The defendant previously filed an unopposed motion to extend her surrender date, which the Court denied due to the absence of cited authority. [Docs. 1637, 1638]. Now before the Court is the defendant's motion to reconsider [doc. 1639], which arguably cures the deficiencies cited by the Court.

In light of the unopposed status of the defendant's request, the motion [doc. 1639] is **GRANTED**. The defendant shall surrender for service of her sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on June 1, 2020, or at a later date if so notified by the United States Marshal.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge